Eastern District of Kentucky
FILED

MAR 2 8 2008

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON, KENTUCKY

| | |
|---|---|
| LOUISIANA COUNSELING AND FAMILY SERVICES ET AL | *ELECTRONICALLY FILED* |
| Plaintiffs | CASE NO. 2:07-cv-133 |
| -v- | |
| BURLINGTON FAMILY CHIROPRACTIC ET AL | |
| Defendants | |

### AGREED ENTRY OF DISMISSAL

BY AGREEMENT of the parties, the within action is hereby DISMISSED WITH PREJUDICE, as settled.

Respectfully submitted,

/s/ Jonathan Bruce
JONATHAN BRUCE
Attorney at Law
Gateway Center West
300 Madison Avenue
Suite 200
Covington, Kentucky 41011
COUNSEL TO PLAINTIFFS

/s/ Michael T. McKinney
MICHAEL T. McKINNEY
Attorney at Law
2922 Washington Square
P.O. Box 688
Burlington, Kentucky 41005
(859) 586-9955
COUNSEL TO DEFENDANTS

_____
WILLIAM O. BERTELSMAN, JUDGE